IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIDGE FUNDING, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 12-cv-671 |
| | : | |
| LNR PARTNERS, LLC., et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 11th day of March, 2013, after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated February 21, 2013, and any objections filed thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Motion of Plaintiff Bridge Funding to Enforce Settlement Agreement (Doc. No. 29) is GRANTED.

BY THE COURT:

C. DARNELL JONES, II, J.